Santiago Arce Acevedo, demandante y apelado, *v.* María de la Luz Lebis, demandada y apelante.

No. 6980.—*Sometido:* Abril 22, 1935. *Resuelto:* Abril 25, 1935.

*Rafael F. Barbosa,* abogado de la apelante; *Buenaventura Esteves,* abogado del apelado.

El Juez Presidente Señor Del Toro, emitió la opinión del tribunal.

Se trata de un caso de divorcio. El demandante apelado solicita la desestimación del recurso interpuesto por la de-

mandada por no haberse notificado al Fiscal del Distrito ni al de esta Corte Suprema, y por ser frívolo.

■■ No consta de los autos la notificación pero ella en verdad no es necesaria para que el recurso se considere debidamente interpuesto y esta corte adquiera jurisdicción, ya que el fiscal no es una parte adversa en dicha clase de pleitos.

Nada dispone la ley sobre notificación del escrito de apelación en tales casos al Ministerio Público. Es el reglamento de esta corte en su artículo 4 el que prescribe que "el Tribunal pedirá especialmente que se haga, por el Fiscal, un examen cuidadoso de los autos en causas de divorcio; y presente un informe escrito en maquinilla relacionando los hechos principales y expresando los principios legales que dichas causas envuelvan, así como su recomendación en cuanto a la resolución que deba dictar el Tribunal, y su opinión respecto al efecto que tal resolución pueda tener sobre la moral pública, en vista de todas las circunstancias que consten en los autos."

A nuestro juicio opera en sentido contrario a las inmediatas pretensiones de la parte apelada el principio que invoca —interés público—para pedir la desestimación por no haberse notificado al Fiscal, sobre todo después de haber examinado ligeramente la prueba a los efectos de considerar el otro motivo—frivolidad—alegado. Y opinamos así porque tanto el principio como la regla de esta corte que en él se inspira, parecen indicar si no la necesidad por lo menos la conveniencia de que antes de resolver en definitiva sobre la desestimación se pida al fiscal que haga el cuidadoso estudio que le encomienda la regla y proporcione al tribunal el beneficio de su examen.

En tal virtud, debe declararse *sin lugar la moción en cuanto a su primer fundamento* y para resolver sobre el segundo debe señalarse una nueva vista para el lunes 20 de mayo, 1935, pasando los autos al Fiscal para dictamen que deberá emitir por escrito con cinco días de antelación al señalado para la vista.

El Juez Asociado Sr. Aldrey no intervino.